UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

WENJIE YU,

              Plaintiff,

v.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Service
ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation

              Defendants.

Case No.: 07-CV-10722

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL ROCEDURE 41(a)(1)**

---

    Plaintiff, by and through her attorney of record, voluntarily dismisses the above-entitled action.

Dated: December 28, 2007

Respectfully Submitted,

Jean D. Chen, NY Bar: 2887362
Law Office of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Phone: (408) 437-1788
Fax: (408) 437-9788
Email: chen@jclawoffice.com

Attorney for Plaintiff

1

## ORDER

Pursuant to Plaintiff's Notice of Voluntary Dismissal, the above captioned case is hereby dismissed. IT IS SO ORDERED.

Dated: _____

                                                  Barbara S. Jones
                                                  United States District Judge